| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-14433 / CMG**

Mark Moran

Petition Filed Date: 05/23/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/16/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/15/2023 | $233.00 | | 07/18/2023 | $233.00 | | 08/15/2023 | $233.00 | |
| 09/15/2023 | $233.00 | | 10/17/2023 | $233.00 | | 11/15/2023 | $233.00 | |
| 12/21/2023 | $233.00 | | 01/23/2024 | $233.00 | | | | |

**Total Receipts for the Period:  $1,864.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,864.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mark Moran | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ATTY DISCLOSURE/ORDER 9/21/23 | Attorney Fees | $1,826.00 | $1,292.20 | $533.80 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,560.33 | $0.00 | $1,560.33 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,886.52 | $0.00 | $1,886.52 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $3,266.93 | $0.00 | $3,266.93 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,428.38 | $0.00 | $2,428.38 |
| 5 | TRUMAN 2021 SC9 TITLE TRUST<br>»»  P/6 LAKE ST/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $63,896.95 | $0.00 | $63,896.95 |

**Chapter 13 Case No. 23-14433 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,864.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,292.20 | Current Monthly Payment: | $233.00 |
| Paid to Trustee: | $144.48 | Arrearages: | $0.00 |
| Funds on Hand: | $427.32 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

