Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23–14433–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mark Moran
    6 Lake Street
    Point Pleasant Beach, NJ 08742

Social Security No.:
    xxx–xx–7383

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      3/6/24
Time:      12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $1240.50

EXPENSES
expenses: $0

---

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 8, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Mark Moran

    Debtor

Case No. 23-14433-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 137 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Moran, 6 Lake Street, Point Pleasant Beach, NJ 08742-5628 |
| aty | + | Romano Garubo & Argentieri, LLC, P.O. Box 546, Woodbury, NJ 08096-7546 |
| 519924682 | | NJ Housing and Mortgage Finance Agency, Po Box 18550, Trenton, NJ 08650-2085 |
| 519924683 | + | Romano Garubo & Argentieri, 52 Newton Ave PO Box 456, Woodbury, NJ 08096-7456 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519924679 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2024 20:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519942684 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2024 20:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519924680 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2024 20:54:32 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519939372 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 08 2024 21:05:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519924681 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2024 21:16:26 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 519955426 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 08 2024 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519924684 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 520115401 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520115402 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Truman 2021 SC9 Title Trust, c/o Rushmore Servicing 75261-9094 |
| 519984956 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |

District/off: 0312-3                    User: admin                    Page 2 of 2
Date Rcvd: Feb 08, 2024                 Form ID: 137                    Total Noticed: 17
TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Truman 2021 SC9 Title Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com |
| Marc C Capone | on behalf of Debtor Mark Moran ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6