Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−14433−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mark Moran
  6 Lake Street
  Point Pleasant Beach, NJ 08742

Social Security No.:
  xxx−xx−7383

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2024.

Dated: February 9, 2024
JAN: mjb

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                         Case No. 23-14433-CMG

Mark Moran                                                                                                                                   Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                               Page 1 of 2

Date Rcvd: Feb 09, 2024                       Form ID: plncf13                         Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Moran, 6 Lake Street, Point Pleasant Beach, NJ 08742-5628 |
| aty | + | Romano Garubo & Argentieri, LLC, P.O. Box 546, Woodbury, NJ 08096-7546 |
| 519924682 | | NJ Housing and Mortgage Finance Agency, Po Box 18550, Trenton, NJ 08650-2085 |
| 519924683 | + | Romano Garubo & Argentieri, 52 Newton Ave PO Box 456, Woodbury, NJ 08096-7456 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2024 20:54:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519924679 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519942684 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519924680 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 21:00:12 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519939372 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2024 20:59:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519924681 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 20:59:55 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 519955426 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 09 2024 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519924684 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2024 20:54:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 520115401 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2024 20:54:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520115402 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2024 20:54:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Truman 2021 SC9 Title Trust, c/o Rushmore Servicing 75261-9094 |
| 519984956 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2024 20:54:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2024                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Truman 2021 SC9 Title Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com |
| Marc C Capone | on behalf of Debtor Mark Moran ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6