**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on March 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Mark Moran, | Case No. 23-14433 |
| Debtor(s). | Hearing Date: March 6, 2024 |
| | Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: March 7, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4893-0520-0547, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____1,240.50_____for services rendered and expenses in the amount of $_____0_____for a total of $_____1,240.50_____. The allowance is payable:

- ☒ $___1,240.50___ through the Chapter 13 plan as an administrative priority.
- ☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____237.00_____per month for ___50___months beginning April 2024 to allow for payment of the above fee.

rev.8/1/15

4893-0520-0547, v. 1