| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-14433 / CMG**

Mark Moran

Petition Filed Date: 05/23/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/16/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2024 | $233.00 | | 02/22/2024 | $233.00 | | 03/21/2024 | $233.00 | |
| 04/22/2024 | $237.00 | | 05/22/2024 | $237.00 | | 06/24/2024 | $237.00 | |
| 07/22/2024 | $237.00 | | 08/21/2024 | $237.00 | | 09/23/2024 | $237.00 | |
| 10/22/2024 | $237.00 | | 11/21/2024 | $237.00 | | 12/23/2024 | $237.00 | |

**Total Receipts for the Period:  $2,832.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mark Moran | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»» ATTY DISCLOSURE/ORDER 9/21/23 | Attorney Fees | $1,826.00 | $1,826.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,560.33 | $0.00 | $1,560.33 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,886.52 | $0.00 | $1,886.52 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $3,266.93 | $0.00 | $3,266.93 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,428.38 | $0.00 | $2,428.38 |
| 5 | TRUMAN 2021 SC9 TITLE TRUST<br>»» P/6 LAKE ST/1ST MTG | Mortgage Arrears | $63,896.95 | $872.10 | $63,024.85 |
| 0 | Marc C. Capone, Esq.<br>»» ORDER 3/7/24 | Attorney Fees | $1,240.50 | $1,240.50 | $0.00 |

**Chapter 13 Case No. 23-14433 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,700.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,938.60 | Current Monthly Payment: | $237.00 |
| Paid to Trustee: | $327.68 | Arrearages: | $0.00 |
| Funds on Hand: | $433.72 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

