Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re Mark Moran                    ,     Case No. 23-14433

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 2/28/2025.

Truman 2021 SC9 Title Trust
Name of Alleged Transferor

Truman 2021 SC9 Title Trust
Name of Transferee

Address of Alleged Transferor:
Truman 2021 SC9 Title Trust
c/o Rushmore Servicing
P.O. Box 619094
Dallas, TX 75261-9741

Address of Transferee:
Truman 2021 SC9 Title Trust
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 200A
Anaheim, CA 92806

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 3/3/2025

Jeanne A. Naughton
**CLERK OF THE COURT**