UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Email: bk@gillmancapone.com

| | |
|---|---|
| In Re:<br><br>Mark Moran | Case No.:  _____23-14433_____<br><br>Judge:  __Christine M. Gravelle__<br><br>Chapter:              13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.       ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.


☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____April 9, 2025_____, at __9:00am__.


☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.       I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

I am current with my monthly Trustee payments. A Motion to Extend Loss
Mitigation is scheduled for hearing on April 9, 2025. Once the Order is entered, I
will be able to submit an updated modification package for review by Carrington
Mortgage.

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _3/31/25_____                       _/s/ Mark Moran_____
                                                     Debtor′s Signature

Date: _____                            _____
                                                     Debtor′s Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
      13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
      opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee′s Motion to
      Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
      Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
      Default.

*rev.8/1/15*