**GILLMAN CAPONE LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gillmancapone.com

Order Filed on September 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:  Mark Moran  Debtor(s). | Chapter 13  Case No. 23-14433  Hearing Date: September 24, 2025  Judge: Christine M. Gravelle |
|---|---|

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 24, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

4911-4027-3245, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $_____ 2,431.00 _____ for services rendered and expenses in the amount of $_____ 120.00 _____ for a total of $_____ 2,551.00 _____. The allowance is payable:

☒ $___2,551.00___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____316.00_____ per month for ___32___ months beginning October 2025 to allow for payment of the above fee.

*rev.8/1/15*

4911-4027-3245, v. 1