Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14433−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Moran
   6 Lake Street
   Point Pleasant Beach, NJ 08742

Social Security No.:
   xxx−xx−7383

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/5/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 5, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mark Moran  
    Debtor

Case No. 23-14433-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 05, 2025      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Moran, 6 Lake Street, Point Pleasant Beach, NJ 08742-5628 |
| aty | + | Romano Garubo & Argentieri, LLC, P.O. Box 546, Woodbury, NJ 08096-7546 |
| cr | + | Carrington Mortgage Services, LLC as Servicer for, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 519924683 | + | Romano Garubo & Argentieri, 52 Newton Ave PO Box 456, Woodbury, NJ 08096-7456 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519924679 | + | EDI: BANKAMER | Nov 06 2025 01:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519942684 | | EDI: BANKAMER | Nov 06 2025 01:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519924680 | | EDI: CAPITALONE.COM | Nov 06 2025 01:45:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519939372 | + | EDI: AIS.COM | Nov 06 2025 01:45:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519924681 | + | EDI: JPMORGANCHASE | Nov 06 2025 01:45:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 519955426 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 05 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519924682 | | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Nov 05 2025 20:51:00 | NJ Housing and Mortgage Finance Agency, Po Box 18550, Trenton, NJ 08650-2085 |
| 519924684 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 520115401 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520115402 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, Truman 2021 SC9 Title Trust, c/o Rushmore Servicing 75261-9094 |
| 520570597 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 05 2025 20:50:00 | Truman 2021 SC9 Title Trust, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road Suite 200A, Anaheim, CA 92806, Truman 2021 SC9 Title Trust, c/o Carrington Mortgage Services, LLC 92806-5948 |
| 519984956 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2025 20:50:00 | Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 520570596 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 05 2025 20:50:00 | Truman 2021 SC9 Title Trust, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road Suite 200A, Anaheim, CA 92806-5948 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor Truman 2021 SC9 Title Trust bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Carrington Mortgage Services LLC as Servicer for Truman 2021 SC9 Title Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Truman 2021 SC9 Title Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com |
| Marc C Capone | on behalf of Debtor Mark Moran ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8